LEACH, Appellant, *v.* BROOKLYN, B. & Q. C. R. Co., Respondent.

*(Supreme Court, General Term, Second Department.* December 14, 1891.)

Appeal from circuit court, Kings county.

Action by Edward Leach against the Brooklyn, Bushwick & Queens County Railroad Company to recover for personal injuries caused by alleged negligence of defendant.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*Marabeau L. Towns*, for appellant.  *H. D. Donnelly*, for respondent.

DYKMAN, J.  This is an action for the recovery of damages by reason of the negligence of the defendant.  It appeared upon the trial that the car of the defendant ran over the plaintiff, and cut off one of his legs, and injured the other, but it appeared also that the injury was brought upon the plaintiff by his own carelessness.  The plaintiff was nonsuited for contributory negligence, and he has appealed from the judgment.  The judgment and order denying a motion for a new trial should be affirmed, with costs.